**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PENINSULA TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00386-JRG-RSP |
| | § | |
| DISH WIRELESS L.L.C. *d/b/a* BOOST MOBILE, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Joint Stipulated Motion for Dismissal without Prejudice (the "Motion") filed by Plaintiff Peninsula Technologies, LLC and Defendant DISH Wireless L.L.C. *d/b/a* Boost Mobile (the "Parties"). (Dkt. No. 47.) In the Motion, the Parties "move for an order dismissing all claims in this action" without prejudice under Federal Rule of Civil Procedure 41(a)(2). (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims in this action are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE